UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

OCT 27 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| VICTOR WASHINGTON, | No. 22-35320 |
|---|---|
| Plaintiff-Appellant, | D.C. No. 2:21-cv-01195-BAT<br>Western District of Washington,<br>Seattle |
| v. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ORDER |
| Defendant-Appellee. | |

Before: W. FLETCHER, CLIFTON, and IKUTA, Circuit Judges.

Appellant's motion to exceed word count to file oversized petition for rehearing and/or petition for rehearing en banc (Docket No. 50) is GRANTED. Appellant's motion to correct petition (Docket No. 52) is also GRANTED. The panel directs the corrected petition for panel rehearing and petition for rehearing en banc (Docket No. 53) be filed and circulated to the court.